**23-1648**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**SHAMROCK BUILDING MATERIALS, INC.,**

**Plaintiff-Appellant**

v.

**UNITED STATES,**

**Defendant-Appellee**

**Appeal from the United States Court of International Trade in Case No. 1:20-cv-00074-TCS, Judge Timothy C. Stanceu.**

## MOTION REGARDING WITHDRAWAL OF COUNSEL FOR PLAINTIFF-APPELLANT SHAMROCK BUILDING MATERIALS, INC.

On behalf of Plaintiff-Appellant Shamrock Building Materials, Inc., we hereby respectfully move for the Clerk to withdraw the appearance of Stephen A. Morrison as one of the attorneys for Plaintiff-Appellant, and that electronic notices and electronic service of documents no longer be provided to his email address. Mr. Morrison is no longer employed by Morris, Manning & Martin, LLP and will no longer participate as counsel in this litigation.

For the foregoing reasons, we respectfully request that the Clerk withdraw the appearance of Stephen A. Morrison as one of the attorneys for Plaintiff-

Appellant in this matter. Please contact the undersigned should you have any questions.

Respectfully submitted,

| | |
|---|---|
| /s/ Patrick D. Gill | /s/ R. Will Planert |
| Patrick D. Gill | R. Will Planert |
| Michael S. O'Rourke | Julie C. Mendoza |
| **SANDLER, TRAVIS & ROSENBERG, P.A.** | Donald B. Cameron |
| | Brady W. Mills |
| 675 Third Ave, | Mary S. Hodgins |
| Suite 1805 | Nicholas C. Duffey |
| New York, NY 10017 | **MORRIS, MANNING & MARTIN LLP** |
| (212) 883-1300 | 1333 New Hampshire Ave NW, Suite 800 |
| | Washington, D.C. 20036 |
| *Attorney for Plaintiff-Appellant Shamrock Building Materials, Inc.* | (202) 216-4819 |
| | *Attorney for Plaintiff-Appellant Shamrock Building Materials, Inc.* |