# United States Court of Appeals for the Federal Circuit

**SHAMROCK BUILDING MATERIALS, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

2023-1648

Appeal from the United States Court of International Trade in No. 1:20-cv-00074-TCS, Senior Judge Timothy C. Stanceu.

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

October 23, 2024
Date

Jarrett B. Perlow
Clerk of Court